# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MUJTABA HASHIM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2040

———————————————

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Jorge Leon Chalela of Jorge Leon Chalela, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.